NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30724
09-MAR-2011
08:28 AM**

NO. 30724

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant,

v.

RICHARD LOUIS, KEVIN LOUIS and EMILY FONTANILLA,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 09-1-0177)

ORDER APPROVING WITHDRAWAL OF
SEPTEMBER 14, 2010 NOTICE OF APPEAL
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellee State of Hawaii's Withdrawal of September 14, 2010 Notice of Appeal,

IT IS HEREBY ORDERED the withdrawal is approved, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, March 9, 2011.

Chief Judge

Associate Judge

Associate Judge